# Court of Appeals
# of the State of Georgia

ATLANTA, October 25, 2019

*The Court of Appeals hereby passes the following order:*

**A20D0112. GLENDA MCMULLEN-MARCUS v. SYLVESTER MARCUS, SR.**

Glenda McMullen-Marcus and Sylvester Marcus, Sr. were divorced in October 2018. Glenda filed a direct appeal from the amended final judgment and divorce decree, which this Court dismissed for failing to following the discretionary appeals procedure as required by OCGA § 5-6-35 (a) (2). See Case No. A19A1958 (decided May 22, 2019). On July 31, 2019, the trial court entered a final order as to various filings by Glenda. Glenda then attempted to file an application for discretionary appeal on August 30, 2019; however, the filing was returned because it did not contain a copy of the trial court order she sought to appeal. Glenda ultimately filed this application on October 4, 2019. We, however, lack jurisdiction.

To be timely, a discretionary application must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582, 583 (420 SE2d 393) (1992). This statutory deadline is jurisdictional, and we cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Glenda filed this application 65 days after entry

of the order she seeks to appeal. The application is therefore untimely, and it is hereby

DISMISSED for lack of jurisdiction.  The motion to dismiss filed by Sylvester is

hereby DENIED as moot.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  10/25/2019  *
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

*Stephen E. Castlen*

_____ *, Clerk.*